IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALVIN WESLEY KING                                                                       PLAINTIFF

v.                                    Case No. 1:25-cv-1032

INVESTIGATOR/DEPUTY MICHAEL VORHEASE, Ashley County Sheriff's Office (ACSO); INVESTIGATOR JOSH POLLACK, Ashley County Sheriff's Office (ACSO); TAD HUNTSMAN, Ashely County Sheriff's Office (ACSO); SHERIFF TOMMY STURGEON, Ashley County, Arkansas; PUBLIC DEFENDER JOSEPH P. MAZZANTI, III; JUDGE ROBERT B. GIBSON, III, Circuit Judge, Ashley County, 10th Judicial District Division; TIM GRIFFIN, Arkansas Attorney General; PROSECUTING ATTORNEY SANDRA BRADSHAW; VICKIE STELL, Ashley County Circuit Court Clerk; JAIL ADMINISTRATOR JOHNNY GUY, Ashley County Detention Center                                                                      DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Ford recommends the following: (1) that Plaintiff's individual capacity claim against Defendant Michael Vorhease for unlawful search of Plaintiff on September 7, 2024 (Claim One), proceed; (2) that all other claims asserted in Claim One be dismissed without prejudice; (3) that Plaintiff's individual and official capacity claims against Defendants Michael Vorhease, Tad Huntsman, and Josh Pollack for their unlawful search on December 18, 2024 (Claim Two), proceed; (4) that all other claims (Claims Two through Six) be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b), for failure to state a claim upon which relief may be granted; and (5) that Defendants

Sheriff Tommy Sturgeon; Public Defender Joseph P. Mazzanti, III; Circuit Judge Robert B. Gibson, III; Attorney General Tim Griffin, Prosecuting Attorney Sandra Bradshaw; Circuit Court Clerk Vicki Stell; and Jail Administrator Johnny Guy be terminated as Defendants to this action. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Court orders the following:

(1) Plaintiff's individual capacity claim against Defendant Michael Vorhease for unlawful search of Plaintiff on September 7, 2024 (Claim One), shall proceed;

(2) all other claims asserted in Claim One are **DISMISSED WITHOUT PREJUDICE**;

(3) Plaintiff's individual and official capacity claims against Defendants Michael Vorhease, Tad Huntsman, and Josh Pollack for their unlawful search on December 18, 2024 (Claim Two), shall proceed;

(4) all other claims (Claims Two through Six) are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b), for failure to state a claim upon which relief may be granted; and

(5) Defendants Sheriff Tommy Sturgeon; Public Defender Joseph P. Mazzanti, III; Circuit Judge Robert B. Gibson, III; Attorney General Tim Griffin, Prosecuting Attorney Sandra Bradshaw; Circuit Court Clerk Vicki Stell; and Jail Administrator Johnny Guy are **TERMINATED** as Defendants to this action.

**IT IS SO ORDERED**, this 17th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge