IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ALVIN WESLEY KING                                                        PLAINTIFF


v.                                    Civil No. 1:25-cv-01032-MEF


INVESTIGATOR/DEPUTY MICHAEL VORHEASE,
INVESTIGATOR JOSH POLLACK, and
TAD HUNTSMAN
(All of Ashley County Sheriff's Office)                                  DEFENDANTS


## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED**

**WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 17th day of April 2026.


/s/ *Mark E. Ford*
_____
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

1